# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:16-cr-140  **At:** Knoxville, TN – Courtroom 3A  **Date:** February 14, 2017

**Style:** United States of America v. John Overstreet (Custody – Present)

---

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Garringer | ECRO | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **U.S. Probation Officer** |

| | |
|---|---|
| | Donald Bosch |
| Bart Slabbekorn | Ann Short |
| **Asst. AUSA** | **Attorneys for Defendant** |

**Proceedings:** Parties present for hearing on Motion to Continue (Doc. 16). Arguments heard. Government did not oppose motion. Defendant waived speedy trial rights. Court granted motion and continued dates. Order to enter.

**Trial:** 10/10/2017 at 9:00 before District Judge Reeves
**Pretrial Conf.:** 9/27/2017 at 1:30 p.m. before Magistrate Judge Guyton
**Plea DDL:** 9/27/2017

**Time:** 11:00 a.m.  **to**  11:15 a.m.

[] **Defendant released on conditions**   [X] **Defendant remanded to custody**

I, **Mallory Garringer,** Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_3-16-cr-40 _20170214_105942