Case No. 3:16-CR-140 and 3:17-CR-56             Date: June 19, 2017

United States of America       vs.       John Langsdon Overstreet

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE PAMELA L REEVES, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Lynda Clark, Miller/Miller | Carol Cavin |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| LaToyia Carpenter/ Brittany Sims(intern) | Don Bosch and Ann Short |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- Defendant waives reading of Indictment and Information
- Waiver of Indictment executed
- Oral motion to correct the spelling of the defendant's middle name to reflect his true middle name of Langs<u>d</u>on in the following pleadings: **3:16-CR-140**, Indictment [doc 8] filed 12/20/16, Plea Agreement [doc. 20] and Supplement [doc.21]; case **3:17-CR-56,** Plea Agreement [doc. 2] and Supplement [doc. 3]. Motion is granted.
- Defendant Pleads guilty to count(s) 1 of the Indictment and Count 1 of the Information
- Referred for Presentence Investigative Report.

DATE SET:   **Sentencing:** November 7, 2017 @ 11:00
           **Before** the Honorable Pamela L Reeves, United States District Judge

- Parties must adhere to Local Rules 83.9(c) & 83.9(j)

- Defendant remanded to custody of the U.S. Marshal

1:30 to 2:20